**No. 43271.**—Protest 12109–K of Polack Co., Inc. (New York).

Opinion by CLINE, J. It was stipulated that the merchandise consists of Russian bristles in small packages covered with paper, bearing the legend "Origin Siberia, U. S. S. R." On the authority of Abstract 42272 the protest was sustained.

**No. 43272.**—Protest 998751–G of Paola Randazzo (New York).

Opinion by CLINE, J. The record showed that at the time of importation the barrels containing the olive oil were marked with the word "Itali." The protest was sustained on the authority of Abstract 42271.

**No. 43273.**—Protest 995400–G of H. D. Feuer (New York).

Opinion by CLINE, J. The plaintiff failed to prove the country of origin of the alexandrite stones in this case but the court held that if they were found and cut or manufactured in the portion of the Union of Soviet Socialist Republics known as Siberia they would not be legally marked with the word "Siberia" alone, within the provisions of article 528 (b), Customs Regulations of 1937. The protest was therefore overruled. Abstract 40292 followed.

**No. 43274.**—Protest 10358–K of Mary G. Ricks (San Diego).

Opinion by KEEFE, J. Following the authorities cited in Abstract 15400 the court dismissed the protest.

BEFORE THE SECOND DIVISION, FEBRUARY 27, 1940

**No. 43275.**—Protests 921440–G, etc., of New World Sun Daily (San Francisco).

Opinion by KINCHELOE, J. The exhibits are directories in the Japanese and English languages. It was found that they are printed chiefly in the English language. The claim for free entry under paragraph 1630 was therefore overruled. On the authority of United States v. American Railway Express Co. (17 C. C. P. A. 10, T. D. 43317) the claim as books of foreign authorship at 15 percent under paragraph 1410 was sustained.

**No. 43276.**—Protests 777726–G, etc., of S. S. Kresge Co. et al. (Baltimore, etc.).

Opinion by KINCHELOE, J. On the authority of Lamborn v. United States (27 C. C. P. A. 46, C. A. D. 60) the protests were dismissed.